UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. HIGGINS,<br><br>              Plaintiff,<br><br>vs.<br><br>J. MEDINA, et al.,<br><br>              Defendants.<br>_____/ | 1:07-cv-00941-OWW-GSA-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9)<br><br>**ORDER DISMISSING COMPLAINT AS DUPLICATIVE**<br><br>**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** |

   Plaintiff, Carl L. Higgins ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On October 1, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On October 16, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
de novo review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

 Accordingly, IT IS HEREBY ORDERED that:

 1. The Findings and Recommendations, filed October 1,
2007, are ADOPTED IN FULL;

 2. The complaint in this action is DISMISSED as
duplicative of the complaint in 1:07-cv-00934-LJO-GSA (PC),
Higgins v. Medina, et al.; and,

 3. The Clerk of Court administratively close this action.

IT IS SO ORDERED.

**Dated:   December 1, 2007**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE